Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CHRISTINA S. SOSA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA S. SOSA, | Case No.: 1:16-cv-00757-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 27, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the June 2, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **January 30, 2017**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26